Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN SOMERLOTT,<br><br>              Plaintiff,<br><br>       v.<br><br>McNEILUS TRUCK AND MANUFACTURING, INC.,<br><br>              Defendant. | NO. 2:16-CV-00789-RAJ<br><br>DEFENDANT McNEILUS TRUCK AND MANUFACTURING, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant McNEILUS TRUCK AND MANUFACTURING, INC. ("MTM"), by and through its attorneys of record, submits its Answer and Affirmative Defenses to the unverified First Amended Complaint ("FAC") of Plaintiff BENJAMIN SOMERLOTT ("Plaintiff"). MTM answers for itself and no other Defendants, and hereby admits, denies, and alleges as follows:

///

{00058089 }DEFENDANT McNEILUS TRUCK AND MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT- 1
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

## I.

## PARTIES

1.01 Answering paragraph 1.01 of the FAC, MTM is without sufficient information to admit or deny these allegations.

1.02 Answering paragraph 1.02 of the FAC, MTM admits the allegations in this paragraph.

## II.

## JURISDICTION AND VENUE

2.01 Answering paragraph 2.01 of the FAC, MTM is without sufficient information to admit or deny these allegations.

2.02 Answering paragraph 2.02 of the FAC, MTM admits that it is a citizen of the state of Minnesota and has a principal place of business in Dodge Center, Minnesota. MTM is without sufficient information to admit or deny the remainder of the allegations.

2.03 Answering paragraph 2.03 of the FAC, MTM admits the allegations in this paragraph.

2.04 Answering paragraph 2.04 of the FAC, MTM is without sufficient information to admit or deny these allegations.

2.05 Answering paragraph 2.05 of the FAC, MTM is without sufficient information to admit or deny these allegations.

## III.

## FACTS

3.01 Answering paragraph 3.01 of the FAC, MTM admits that the McNeilus Model 2644 truck with serial number 122SOX264430147 ("the Truck") was designed, tested, manufacture, assembled, marketed, and sold by Defendant MTM. As to the remainder of the

{00058089 }DEFENDANT McNEILUS TRUCK AND MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT- 2
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

1  allegations in said paragraph, MTM is without sufficient information to admit or deny these
2  allegations.

3     3.02   Answering paragraph 3.02 of the FAC, MTM is without sufficient information
4  to admit or deny these allegations.

5     3.03   Answering paragraph 3.03 of the FAC, MTM denies these allegations.

## IV.

## STRICT PRODUCTS LIABILITY AND NEGLIGENCE

8     4.01   Answering paragraph 4.01 of the FAC, MTM admits that the McNeilus Model 2644 Truck with serial number 122SOX264430147 was designed, tested, manufacture, assembled, marketed, and sold by Defendant MTM and that MTM placed the Truck into the stream of commerce.   MTM denies the remainder of the allegations of this paragraph.

12    4.02   Answering paragraph 4.02 of the FAC, MTM is without sufficient information to admit or deny these allegations.

14    4.03   Answering paragraph 4.03 of the FAC, MTM is without sufficient information to admit or deny these allegations.

16    4.04   Answering paragraph 4.04 of the FAC, MTM denies these allegations.

17    4.05   Answering paragraph 4.05 of the FAC, MTM denies these allegations.

18    4.06   Answering paragraph 4.06 of the FAC, MTM denies these allegations.

19    4.07   Answering paragraph 4.07 of the FAC, MTM admits that it has a duty to manufacture, distribute and sell products that are not unreasonably dangerous. MTM denies the remainder of the allegations in this paragraph.

## V.

## BREACH OF IMPLIED WARRANTY

24    5.01   Answering paragraph 5.01 of the FAC, MTM admits that the Truck was not defective, was not unreasonably dangerous, and had been designed, manufactured, marketed,

{00058089 }DEFENDANT McNEILUS TRUCK AND
MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S
UNVERIFIED COMPLAINT- 3
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

1 constructed and assembled in a good and workmanlike manner and was fit and safe for the
2 purposes for which it was intended. MTM denies the remaining allegations in this paragraph.

3    5.02   Answering paragraph 5.02 of the FAC, MTM denies these allegations.

## VI.

## DAMAGES

6    6.01   Answering paragraph 6.01 of the FAC, MTM denies these allegations.

7    6.02   Answering paragraph 6.02 of the FAC, MTM denies these allegations.

## VII.

## PRE-JUDGMENT AND POST-JUDGMENT INTEREST

10   7.01   Answering paragraph 7.01 of the FAC, MTM denies these allegations.

## DEMAND FOR JURY TRIAL

MTM demands a jury trial as to all matters so triable.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The FAC, and each separate cause of action alleged in it, fails to state facts sufficient to constitute a cause of action against MTM.

## SECOND AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that any injuries or damages sustained by Plaintiff were caused or contributed to by the negligence or other wrongful conduct of persons, firms, partnerships, corporations, municipalities, or entities other than MTM and that said negligence or other wrongful conduct comparatively reduces the percentage of negligence or other liability, if any, of MTM.

///

///

{00058089 }DEFENDANT McNEILUS TRUCK AND
MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S
UNVERIFIED COMPLAINT- 4
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

### THIRD AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that the injuries and damages of Plaintiff, if any, were directly and proximately caused by the superseding, intervening acts and omissions of a third party or third parties for which MTM is neither responsible nor liable.

### FOURTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that the damages and injuries of Plaintiff, if any, were legally and proximately caused or contributed to by the negligence, fault, negligence per se, assumption of risk, and other culpable conduct of Plaintiff, and that the amount of damages, if any, that Plaintiff may recover against MTM must be diminished in the proportion that such conduct contributed to the alleged injuries, losses or damages of Plaintiff.

### FIFTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that the damages and injuries of Plaintiff, if any, were legally and proximately caused by the substantial alteration or modification, by a person or entity other than MTM, of the subject product described in the FAC as "McNeilus Model 2644 Truck with serial number 122SOX264430147.

### SIXTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that the damages and injuries of Plaintiff, if any, were legally and proximately caused by the unforeseeable and improper use and/or maintenance of the Truck.

### SEVENTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that the damages and injuries of Plaintiff, if any, were legally and proximately caused by, and arose out of, risks of which Plaintiff had both knowledge and understanding and that Plaintiff voluntarily assumed in the manner described in the FAC.

### EIGHTH AFFIRMATIVE DEFENSE

{00058089 }DEFENDANT McNEILUS TRUCK AND MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT- 5
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

1  MTM is informed and believes and on that basis alleges that Plaintiff's damages and
2  injuries, if any, were legally and proximately caused by, and arose out of, Plaintiff's primary
3  assumption of the risk.

### NINTH AFFIRMATIVE DEFENSE

5  MTM is informed and believes and on that basis alleges that Plaintiff failed to mitigate
6  his damages, if any, to the extent required by law.

### TENTH AFFIRMATIVE DEFENSE

8  MTM is informed and believes and on that basis alleges that, if there is any
9  comparative fault attributed to individuals or entities other than MTM, then this percentage of
10 fault comparatively reduces the non-economic damages, if any, that Plaintiff can recover from
11 MTM.

### ELEVENTH AFFIRMATIVE DEFENSE

13 MTM is informed and believes and on that basis alleges that the FAC, and each
14 separate cause of action alleged in it against MTM, is barred by the applicable statute of
15 limitations.

### TWELVETH AFFIRMATIVE DEFENSE

17 MTM is informed and believes and on that basis alleges that the claims contained in the
18 FAC are barred by a prior settlement and/or release of all claims.

### THIRTEENTH AFFIRMATIVE DEFENSE

20 MTM is informed and believes and on that basis alleges that Plaintiff is precluded from
21 proceeding against MTM by reason of his negligent or otherwise wrongful failure to preserve
22 or to cause others to preserve evidence relating to the incident that forms the subject matter of
23 this action, including but not limited to the Truck, to the prejudice of MTM.
24 ///
25 ///

{00058089 }DEFENDANT McNEILUS TRUCK AND MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT- 6
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

### FOURTEENTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that the Truck was not in the original condition at the time of the events, injuries, and damages alleged in the FAC as when it left the custody and control of MTM.

### FIFTEENTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that the FAC and each and every claim for relief alleged therein is barred by the equitable defenses of unclean hands, waiver, estoppel, and/or laches.

### SIXTEENTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that adequate warnings and instructions concerning the Truck were provided to persons in the chain of distribution, and, therefore, any duty to warn was discharged.

### SEVENTEENTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that it did not expressly or impliedly warrant to Plaintiff the Truck or warrant the Truck to Plaintiff for a particular purpose.

### EIGHTEENTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that Plaintiff failed to timely notify MTM of the alleged breach of an express or implied warranty that was made to him, if any, and therefore, he is barred from proceeding under any type of warranty theory against MTM.

### NINETEENTH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that it was not in privity with Plaintiff, and, therefore, cannot be held liable to Plaintiff for breach of any warranty, express or implied.

{00058089 }DEFENDANT McNEILUS TRUCK AND MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT- 7
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

## TWENTIETH AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges that Plaintiff's FAC is barred by the exclusivity provisions of the Industrial Insurance Act, including, but not limited to, Title 51 RCW *et seq.*

## TWENTY-FIRST AFFIRMATIVE DEFENSE

MTM alleges that to the extent Plaintiff herein recovered, or in the future may recover, any monies in connection with any claim for workers' compensation benefits, any amounts recovered in this action are subject to a claim by MTM for a credit or offset.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

MTM is informed and believes and on that basis alleges the injuries and damages sustained by Plaintiff, if any, were legally and proximately caused by the intentional and willful misconduct of other persons and entities. This intentional and willful misconduct was an unforeseeable intervening act for which MTM is not responsible or liable.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because the Truck, as designed, manufactured, and sold complied with all applicable statutes, rules, and regulations.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

MTM reserves the right to amend its answer to assert further affirmative defenses that are not presently known but may become known and available through further investigation and discovery.

## PRAYER

WHEREFORE, MTM prays as follows:

1. For dismissal of Plaintiff's unverified FAC with prejudice;
2. For a judgment in favor of MTM and against Plaintiff;
3. For costs of suit incurred herein; and

{00058089 }DEFENDANT McNEILUS TRUCK AND MANUFACTURING, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT- 8
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

4.       For such other and further relief as the Court may deem just and proper.

DATED this 10th day of October, 2016.

TAYLOR | ANDERSON LLP

By _Elizabeth V. McNulty_

Elizabeth V. McNulty, CA Bar No. 192455
*Pro Hac Vice*
Vanessa C. Whirl, Bar No. 50278
Attorneys for Defendant
McNeilus Truck and Manufacturing, Inc.
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
Phone: 949.390.6500
Fax:    949.390.6510
Email: emcnulty@talawfirm.com
           vwhirl@talawfirm.com

{00058089 }DEFENDANT McNEILUS TRUCK AND
MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S
UNVERIFIED COMPLAINT- 9
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties:

| | |
|---|---|
| Edward H. Moore, WSBA No. 41584<br>Law Offices of Edward H. Moore, P.C.<br>200 Second Avenue West<br>Seattle, WA 98119<br>Phone: 206.826.8214<br>Fax:   206.826.8221<br>Email: emoore@ehmpc.com<br>*Attorney for Plaintiff Benjamin Somerlott* | ☑ Via CM/ECF |

Signed at Irvine, California this 10 day of October, 2016.

Chelsea Huniu

{00058089 }DEFENDANT McNEILUS TRUCK AND MANUFACTURING,INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT- 10
( 2:16-CV-00789-RAJ)

TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
949.390.6500