UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN SOMERLOTT,<br><br>                Plaintiff,<br><br>    v.<br><br>MCNEILUS TRUCK AND MANUFACTURING INC,<br><br>                Defendant. | CASE NO. C16-789 MJP<br><br>ORDER ON PLAINTIFF'S MOTION TO COMPEL ADVANCED MEDICAL GROUP |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Compel Advanced Medical Group (Dkt. No. 49);

2. Advanced Medical Group's Response to Plaintiff's Motion to Compel (Dkt. No. 55);

3. Reply re Plaintiff's Motion to Compel Advanced Medical Group (Dkt. No. 59);

all attached exhibits and declarations; and relevant parts of the record, rules as follows:

IT IS ORDERED that the motion is DENIED. Advanced Medical Group does not have Dr. Sun's W-2 forms and the 1099 forms sought by Plaintiff should be sought from Dr. Sun

directly, who is likewise the better source of information regarding how many medical examination reports he has authored.

IT IS FURTHER ORDERED that Plaintiff shall pay to Advance Medical Group its reasonable attorney's fees incurred in responding to this motion in the amount of $1,344.00. Said fees shall be payable no later than seven days after the filing of this order.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 10, 2017.

Marsha J. Pechman
United States District Judge